KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY SUDLER, Individually, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CENTURYLINK, INC., a foreign corporation; )<br>DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, )<br><br>Defendants. )<br>_____ ) | 2:14-cv-01985-APG-VCF |

## STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff, TROY SUDLER, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, CENTURY LINK, INC., by and through its undersigned counsel, ELIZABETH KIOVSKY, ESQ., of the firm of Kiovsky DuWaldt, LLC. and ANTHONY L. MARTIN, ESQ., that the Complaint shall be dismissed with prejudice and each side shall bear its

1

own attorney's fees and costs.

| | |
|---|---|
| /s/Kirk T. Kennedy | /s/Elizabeth Kiovsky |
| KIRK T. KENNEDY, ESQ., | ELIZABETH KIOVSKY, ESQ. |
| Nevada Bar No: 5032 | Colorado Bar No: 18164 |
| 815 S. Casino Center Blvd. | Kiovsky DuWaldt, LLC |
| Las Vegas, NV 89101 | 2820 Welton St. |
| (702) 385-5534 | Denver, CO 80205 |
| (702) 385-5534 | (303) 320-8301 |
| Attorney for Plaintiff | Attorney for Defendant |
| | Admitted Pro Hac Vice |
| Dated: 4/7/15 | Dated: 4/7/15 |

ANTHONY L. MARTIN, ESQ.
Nevada Bar No: 8177
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
Brian L. Bradford, Esq.
Nevada Bar No: 9518
3800 Howard Hughes Pkwy., Ste. 1500
Las Vegas, NV 89169
(702) 369-6800
Attorneys for Defendant

Dated: 4/7/15

**ORDER**

IT IS SO ORDERED.

Dated:  April 7, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE